AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Ryan L. HARRIS<br>XX-XX-1988<br>XXX-XX-1314<br><br>*Defendant(s)* | Case No. 21-MJ-123 |

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 27 2021
MITCHELL R. ELFERS
CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 23rd, 2020__ in the county of __Bernalillo__ in the _____ District of __New Mexico__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| TITLE 18 U.S.C. 922(g)(1) | TITLE 18 U.S.C. 922(g)(1) - Convicted felon in possession of a firearm and ammunition that has traveled in and affected interstate commerce. |

This criminal complaint is based on these facts:

See the attached affidavit which has been approved by Supervisory Assistant United States Attorney J. Burkhead

☑ Continued on the attached sheet.

*Complainant's signature*

Kacy Ramos, Task Force Officer, ATF
*Printed name and title*

Signed electronically and sworn telephonically

Date: 1/27/21

*Judge's signature*

City and state: Albuquerque, NM

Steven C. Yarbrough, U.S. Magistrate Judge
*Printed name and title*

Criminal Complaint -

United States of America
V.
Ryan L. HARRIS
SSN: 1314

1. I, Kacy Ramos, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being duly sworn, deposes and states:

2. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives Task Force, Albuquerque Field Office. (ATF). I have been a member of ATF Task Force since January of 2018. I am an investigative, or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am an officer of the United States who is empowered by law to conduct investigations and make arrests for the offenses enumerated in Title 18 and 26, United States Code.

3. I am a certified and sworn law enforcement officer within the state of New Mexico and have been so for approximately eleven years. During my career I have investigated numerous felony crimes and have extensive experience with investigative processes to include search warrants, arrest warrants, interviews, surveillance, etc.

4. The statements contained in this affidavit are based, in part, on information provided by Special Agents and/or Task Force Officers of the ATF and other law enforcement officers, and on my background and experience as a Task Force Officer of the ATF.

5. This affidavit is intended to show only that there is sufficient probable cause for the authorization of the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

6. On March 23rd, 2020 Officers with the Albuquerque Police Department Auto Theft Unit were conducting patrol in the 300 block of Texas Street Northeast, Albuquerque, New Mexico.

7. An officer observed a black, 2020, Audi, Q3, bearing New Mexico license plate PYX327. Upon running a query of the vehicle through NCIC/MVD the vehicle returned as stolen.

8. Officers conducted surveillance and followed the vehicle to Motel 6 located at 8501 Pan American Freeway Northeast, Albuquerque, New Mexico. Officers observed a black male adult exit the driver's seat and walk in the motel. The male was later identified as Ryan L. HARRIS.

9. HARRIS exited the motel and walked towards the stolen vehicle. HARRIS was observed with keys in his hand and the vehicles lights flashed as he approached it.

10. Officers identified themselves as police officers and attempted to contact HARRIS. HARRIS fled from officers on foot and ran to the south side of the motel. An officer was following HARRIS in his vehicle when he observed HARRIS throw an item over a fence into adjacent lot.

11. Your Affiant reviewed APD lapel video of the incident. During the time HARRIS was being pursued, an officer communicates with others officers via his radio and alerts them HARRIS has thrown an item over the fence.

12. HARRIS then surrendered to officers and was taken into custody without further incident. HARRIS initially gave officers a fake name, but eventually admitted to his identity.

13. Officers immediately checked the lot and located a firearm in the direct area where HARRIS was observed throwing the item. The officer who observed HARRIS initially throw the item said the firearm was found in the same spot that HARRIS was observed throwing the item when fleeing on foot. The firearm was processed and collected.

14. HARRIS was booked into MDC for several offenses to include felony warrants. HARRIS admitted to officers that he was a convicted felon. HARRIS denied that he had a firearm but could not provide an explanation as to what he threw over the fence.

15. Your affiant later viewed the firearm which was identified as a Taurus, model G2C, 9mm, semi-automatic pistol bearing serial number AAN191406. Your affiant also observed one (1) round of Blazer 9mm luger ammunition, two (2) rounds of FC 9MM luger ammunition, four (4) rounds of WMA 9mm ammunition, and six (6) rounds of Winchester 9mm luger ammunition. Your Affiant conducted a function test and determined it the firearm functioned as designed. Your Affiant also conducted research and determined that neither the firearm nor ammunition were manufactured in the State of New Mexico. Therefore, the firearm and ammunition traveled in and affected interstate commerce.

16. Your Affiant conducted further research and learned that HARRIS is a convicted felon in at least the following causes: Attempted Breaking and Entering, in cause number CR11000216, out of the Hampton Circuit Court of Virginia; Statutory Burglary, in cause number CR12001226, out of the Newport News Circuit Court of Virginia; Attempted Grand Larceny, in cause number CR12001229, out of the Newport News Circuit Court of Virginia.

17. Based upon these facts, your Affiant opines there is probable cause to believe that Ryan Lebond HARRIS, a previously convicted felon, possessed a firearm in violation of U.S.C §§ 922(g)(1) and 924.

Respectfully submitted,

Kacy Ramos
Task Force Officer
ATF

Signed electronically, sworn telephonically

Date 1/27/21

_____
UNITED STATES MAGISTRATE JUDGE