AO 442 (Rev. 11/11) Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 JAN 29 AM 11: 38

CLERK-ALBUQUERQUE

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Ryan L. HARRIS<br>XX-XX-1988<br>XXX-XX-1314<br><br>*Defendant* | Case No. 21-MJ-123 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Ryan L. HARRIS, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

TITLE 18 U.S.C. 922(g)(1) - Convicted felon in possession of a firearm and ammunition that has traveled in and affected interstate commerce.

Date: 1/27/21

*Issuing officer's signature*

City and state: Albuquerque, NM

Steven C. Yarbrough, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/28/2021, and the person was arrested on *(date)* 1/29/2021
at *(city and state)* Albuquerque, NM.

Date: 1/29/2021

*Arresting officer's signature*

Kacy Ramos, ATF TFO
*Printed name and title*