# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Preliminary/Detention Hearing

| Case Number: | 21mj123 SCY | UNITED STATES vs. Harris | |
|---|---|---|---|
| Hearing Date: | 2/3/2021 | Time In and Out: | 11:06-12:05 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | ABQ Zoom |
| Defendant: | Ryan L. Harris | Defendant's Counsel: | Jack Mkhitarian |
| AUSA: | Letitia Simms | Pretrial/Probation: | M. Pirkovic |
| Interpreter: | N/A | Witness: | K. Ramos |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for          on          @

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☒ Court finds probable cause    ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☒ Defendant will remain in custody
- ☐ Conditions

## Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to          for Final Revocation Hearing
- ☒ Court calls case; counsel enter their appearances; government calls special agent K. Ramos, sworn, direct; government moves to amend criminal complaint by interlineation to correct offense date to be March 26, 2020; defense does not object; court grants request, complaint amended; government continues direct; defense cross examination; government redirect; witness excused; defense closing; court finds probable cause; government requests detention; defense requests release; court findings