**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 1 2 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. **21-303 MV** |
| vs. | 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of Firearm and Ammunition. |
| **RYAN HARRIS,** | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

On or about March 26, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **RYAN HARRIS**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Attempted break and enter,

(2) Attempted grand larceny, and

(3) Statutory burglary,

knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **RYAN HARRIS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

   a. a Taurus, model G2C, 9mm, semi-automatic pistol bearing serial number AAN191406;

b. one (1) round of Blazer 9mm luger ammunition;
c. two (2) rounds of FC 9MM luger ammunition;
d. four (4) rounds of WMA 9mm ammunition; and
e. six (6) rounds of Winchester 9mm luger ammunition.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

/s/
Assistant United States Attorney
03/12/21 11:46AM