# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

                                  No. 21-CR-00303 MV

vs.

**RYAN HARRIS,**

    **Defendant.**

## ORDER

THIS MATTER having come before the Court upon motion of Jack Mkhitarian, attorney, to withdraw as counsel for the Defendant, and the Court being otherwise fully advised in the premises, and for good cause shown, FINDS that it is well taken,

IT IS THEREFORE ORDERED that Jack Mkhitarian be and hereby is granted leave of the Court to withdraw as counsel for Defendant Ryan Harris, and that they are relieved of further responsibility for representation of Ryan Harris.

IT IS FURTHER ORDERED that the United States Magistrate Judge shall appoint attorney a substitute counsel to represent Defendant Ryan Harris in this matter pursuant to the Criminal Justice Act.

                                                        _____
                                                        HONORABLE MARTHA VASQUEZ
                                                        UNITED STATES DISTRICT JUDGE

Submitted on October 6, 2021 by:
Jack Mkhitarian, Attorney