IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

vs.           No. CR 21-0303 MV

RYAN L. HARRIS,
    Defendant

## ORDER GRANTING FORM 13 PRE-PLEA PRESENTENCE INVESTIGATION REPORT

THIS MATTER having come before the Court upon Defendant's Unopposed Motion for Form 13 Pre-Plea Presentence Investigation Report, the Court being duly advised in the circumstances of this matter, and it appearing that good grounds exist for the granting of the motion, the Court FINDS that it should be granted.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Kelly Alexis Golightley*
KELLY ALEXIS GOLIGHTLEY

No objection:

Electronically, December 1, 2021
Shaun Ward, US Probation Officer

No objection:

Electronically, November 24, 2021
LETITIA CARROLL SIMMS
Assistant United States Attorney

1