# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                       Crim. No. 21-0303-MV

RYAN HARRIS,

    Defendant.

## NOTICE OF INTENTION TO OFFER EXPERT TESTIMONY

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and the Court's discovery order, the United States hereby gives notice that it intends to introduce, during its case-in-chief at trial, expert testimony and testimony that may arguably be considered expert testimony, as described in the following paragraphs. The United States submits that the testimony of this expert witness is relevant to the issues to be tried before the jury in this case. Further, the United States submits that this testimony is admissible under Federal Rules of Evidence 702 and 703, and that this witness has "a reliable basis in knowledge and experience" in his respective discipline. As grounds, the United States submits as follows:

The United States plans to call Derek Wright, a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms. Special Agent Wright's testimony will include expert opinions based on specialized knowledge regarding the interstate nexus of firearms and ammunition. Special Agent Wright's testimony will be in reference to the firearm and ammunition seized in this case, all of which will be itemized on the United States' Exhibit List. With regard to the firearm, Special Agent Wright will testify that it was not manufactured in the state of New Mexico, and, therefore moved at some time in interstate commerce prior to Defendant possessing it. Similarly, Special Agent Wright will testify that the ammunition seized was not manufactured in the state of New

Mexico, and therefore moved in interstate commerce prior to the Defendant possessing it. Finally, Special Agent Wright will testify that the firearm seized, including its frame and receiver, was a completed firearm or part of a firearm, therefore it is a firearms as defined by federal law. A copy of his statement of qualifications has been provided to defense counsel. The United States has disclosed Special Agent Wright's reports to defense counsel.

    Respectfully submitted,

    FRED J. FEDERICI
    United States Attorney

    /s/
    LETITIA CARROLL SIMMS
    Assistant United States Attorneys
    P.O. Box 607
    Albuquerque, N.M. 87103
    (505) 224-1413

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused defense counsel, Kelly Golightly, to be served by electronic means, as reflected on the Notice of Electronic Filing as indicated therein on January 26, 2022.

/s/
Letitia Carroll Simms
Assistant United States Attorney