IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                       No. CR 21-0303 MV

RYAN HARRIS,
    Defendant.

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

KELLY ALEXIS GOLIGHTLEY, appointed counsel for Ryan Harris, Defendant, hereby moves the Court, pursuant to Local Criminal Rule 44.1(f), for leave to withdraw as Mr. Harris' counsel, and as grounds states:

1. The Court appointed the undersigned for Mr. Harris on November 4, 2021. [#35]

2. Communication between Mr. Harris and counsel has broken down irrevocably. Defendant will not accept information, advice, or guidance from undersigned counsel.

3. It is impossible to properly defend or advise Mr. Harris due to this lack of meaningful communication. Counsel cannot provide effective representation for Mr. Harris.

4. Counsel has communicated with opposing counsel, Assistant US Attorney Letitia Simms and due to the nature of this motion and the relief requested, the government takes no position in this motion.

WHEREFORE, in the premises considered, the undersigned counsel respectfully prays that the Court grant counsel leave to withdraw from Mr. Harris' representation in this matter, and appoint substitute counsel for him, and grant such other and further relief to which the Court my find counsel and Mr. Harris to be justly entitled.

                                            Respectfully submitted,

                                            */s/ Kelly Alexis Golightley*
                                            KELLY ALEXIS GOLIGHTLEY
                                            Counsel for the Defendant
                                            620 Roma Avenue NW
                                            Albuquerque, NM 87102
                                            (505) 842-1200
                                            kelly@golightleylaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 6, 2022 I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                            */s/ Kelly Alexis Golightley*
                                            KELLY ALEXIS GOLIGHTLEY