IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                                                              No. CR 21-0303 MV

RYAN HARRIS,
    Defendant.

## ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

THIS MATTER having come before the Court upon motion of Kelly Alexis Golightley, appointed counsel for Ryan Harris, for leave to withdraw as counsel for Harris. The Court, having reviewed the motion and being otherwise fully advised in the premises, it is the opinion that that motion is well-taken and should be granted for the reasons set forth therein.

IT IS, THEREFORE, ORDERED that Kelly Alexis Golightley be and is hereby granted leave to withdraw from Ryan Harris' representation in this cause. Substitute counsel will be appointed for Harris from the CJA panel.

_____
THE HONORABLE MARTHA VASQUEZ
UNITED STATES DISTRICT JUDGE

Submitted on May 6, 2022 by:
Kelly Alexis Golightley, Attorney

1