IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 21-CR-0303 MV |
| ) | |
| RYAN HARRIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER EXTENDING TIME TO FILE RESPONSE**

THIS MATTER IS BEFORE THE COURT on the United States' Unopposed Motion to Extend Time to File Response to Defendant's Sentencing Memorandum and Objections. Doc. 66. The Court has considered the motion and finds it to be well taken.

IT IS HEREBY ORDERED that the deadline to file the United States' Response to the Defendant's Sentencing memorandum and Objection to the Presentence Report will be extended to July 11, 2023.

_____
THE HONORABLE MARTHA VAZQUEZ
United States District Judge

1