UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 21-303-MV | USA vs. | Harris |
| Date: | January 23, 2024 | Name of Deft: | Ryan Harris |
| Before the Honorable | | Martha Vázquez | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:33 a.m. / 11:30 a.m.<br>1:06 p.m. / 3:19 p.m. | Total Time in Court (for JS10): | 4 hours, 10 minutes |
| Clerk: | Linda Romero | Court Reporter: | Irene Delgado (by Zoom) |
| AUSA: | Letitia Simms | Defendant's Counsel: | Wayne Baker |
| Sentencing in: | Santa Fe, New Mexico | Interpreter: | |
| Probation Officer: | Robert Sanchez | Sworn? | Yes / **No** |
| Convicted on: | **X** Plea / Verdict | As to: | Information / **X** Indictment |
| If Plea: | **X** Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | |
| If Plea Agreement: | Accepted / Not Accepted / **X** No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 11/22/22 | PSR: | Not Disputed / **X** Disputed |
| PSR: | **X** Court Adopts PSR Findings | Evidentiary Hearing: | **X** Not Needed / Needed |

| Exceptions to PSR: | **Court sustains the defense objection under 2K2.1(a)(4)(B) and reduces the base offense level to 14. Court sustains the defense objection under 2K2.1(b)(3)(B) and removes the 2-level enhancement under that section.** |
|---|---|

## SENTENCE IMPOSED
Imprisonment (BOP): 57 months

| | | | |
|---|---|---|---|
| Supervised Release: | 3 years | Probation: | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for _____ months _____ days |
| **X** | Substance abuse testing (up to 60 tests per year) | | Community service for _____ months _____ days |
| | Substance abuse treatment program | **X** | Reside residential reentry center for up to 6 months |
| **X** | Mental health treatment program (waive confidentiality) | | Register as sex offender |
| **X** | No alcohol/intoxicants (up to 4 tests per day) | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| **X** | No psychoactive substances | | No loitering within 100 feet of school yards |
| **X** | OTHER: Educational or vocational program. | | |

| | | | | |
|---|---|---|---|---|
| Fine: | $ 0 | | Restitution: $ | 0 |
| SPA: | $ 100 ($100 as to each Count) | Payment Schedule: | **X** Due during term of supervised release | Waived |

OTHER:

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |

| | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO<br>**SENTENCING MINUTE SHEET** |
|---|---|
| Recommended place(s) of incarceration: | FCI Jesup or FCI Estill, to be close to his family in Georgia. |
| Dismissed Counts: | |
| OTHER COMMENTS | Court addresses defendant and identifies documents she has reviewed in preparation for sentencing. Court advises she would like counsel to address the objections to the PSR first. Defense counsel addresses Court. Government counsel Letitia Simms addresses the objections to the PSR. Defense counsel responds. Probation Officer Robert Sanchez addresses Court. Government counsel replies. Defense counsel replies. Court takes recess.<br><br>Court in session. Defense counsel addresses court regarding objections to the PSR. Government counsel addresses Court regarding objections to the PSR. Defense counsel addresses Court regarding sentencing factors. Defendant addresses Court. Government counsel addresses Court. Court addresses defendant and imposes sentence. Court orders that the PSR address be changed to the defendant's mother's Fayetteville address. Defense counsel requests that the Court adjust the sentence to give the defendant credit for the 4 and a half months he spent in Texas before being arrested in this case. Court declines and advises that she considered that when she made her decision on her sentence. Government counsel requests that the Court inquire whether the defendant has any objection to the adequacy of the Court's explanation for any part of her sentence. Defense counsel advises that to preserve the defendant's appellate rights, the defendant believes the sentence has substantive and procedural errors in regards to the factual finding with respect to an additional gun which he believes there was not sufficient evidence to support and in analyzing the 3553 factors and believes a below guideline sentence would be appropriate. |