PROB 12C - (Rev. D/NM-8/2014)                                                                                              7278381

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

### Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Ryan L. Harris |
| Docket Number: | 1084 1:21CR00303 -001MV |
| Assigned Judge: | Honorable Martha Vazquez, Senior United States District Judge |
| Date of Original Sentence: | 01/23/2024 |
| Original Offense: | 18 U.S.C. 922(g)(1): Felon in Possession of a Firearm and Ammunition |
| Original Sentence: | BOP: 87 months; TSR: 3 years |
| Date Supervision Commenced: | 10/23/2024 |
| Date Supervision Expires: | 10/22/2027 |
| Other Court Action: | None |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Keary A. Fenstermacher, alleges the defendant has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| MC | You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | On November 18, 2024, the defendant submitted a sample for urinalysis which yielded positive results for cannabinoids and cocaine. When questioned about possible drug use, the defendant admitted to ingesting marijuana but denied the use of any other controlled substance. The Eastern District of Virginia sent the sample to the laboratory for confirmation, which is pending as of this report. |
| SC | If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |
| | On November 26, 2024, the defendant was questioned and arrested for Public Intoxication by Officer Tyler Siegel of the Virginia Beach Police Department, Virginia Beach General District Court Case # GC24012004-00. The defendant failed to report the incident to his probation officer within 72 hours. He advised probation that he did not intend on reporting his arrest unless probation became aware of the incident and asked him about it. |

This marks the defendant's first positive drug test for illegal controlled substances since 10/23/2024. Pursuant to 18 U.S.C. 3583 (g)(4) if the defendant, as part of testing, tests positive for illegal controlled substances more than three times over the course of one year, the Court shall revoke the term of supervised release and require the

defendant to serve a term of imprisonment, not to exceed the maximum term of imprisonment authorized. Pursuant to 18 U.S.C. 3563(e) and 18 U.S.C. 3583(d)., sentencing provisions authorize the Court (acting in accordance with sentencing guidelines) to exempt the defendant who fails a drug test from the mandatory revocation and imprisonment provisions.

The maximum statutory penalty:  2 years imprisonment; 3 years supervised release.
The revocation range of imprisonment:  7 to 13 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 12/06/2024.

Submitted:                                                              ☒ Concurs

_____                    _____
Keary Fenstermacher                                           Letitia Carroll Simms
Senior U.S. Probation Officer                                 Assistant U.S. Attorney
Cell #: 505-870-2366                                             (505) 346-7274


Date: 12/06/2024

2