# Incident Report 2024061146

**Primary Officer:** Siegel, Tyler (4050)    **Assisting Officers:** Heitsman, Allison (3725), PAGANO, RYAN (4354)
**Assigned District:** 2ND OCP    **PCT, ZONE, NEIGH:** 2,227,OCEANFRONT - 31ST ST NORTH

## Overview

### Incident Overview

**Report Date:** 11/26/2024    **Report Time:** 00:24    **Incident From Date:** 11/26/2024    **Incident From Time:** 00:14
**Location:** 100 37TH ST, VIRGINIA BEACH VA 23451    **Location Category:** Highway/Road/Alley/Street/Sidewalk
**Does Date Indicate Report Date?:** No

Case Factors
**Case Assignment:** Assign to Me

CIT
**Did this incident occur during ECO/TDO process?:** No    **Was this person arrested during the ECO/TDO process?:** No

## Offenses

### 90E - DRUNKENNESS    **Author:** Heitsman, Allison

**Offense:** 90E - DRUNKENNESS    **NIBRS UCR Code:** Drunkenness    **Completion:** Completed

## Names

### Arrestee - Harris, Ryan Lebond    **Author:** Heitsman, Allison

Involvement
**Role:** Arrestee    **Offense:** 90E - DRUNKENNESS

Identity
**Type:** Known    **Last Name:** Harris    **First Name:** Ryan    **Middle Name:** Lebond    **DOB:** 06/10/1988    **Birth State:** Virginia

Identifying Documents
**ID Type:** Driver's License    **Issuing State:** Virginia    **ID Number:** T58303628

Description
**Age:** 36    **Sex:** Male    **Race:** Black or African American    **Ethnicity:** Not Hispanic or Latino    **Height:** 6' 4"    **Weight:** 195
**Eye Color:** Brown    **Hair Color:** Black    **Resident Status:** Nonresident

Contact
**Address Type:** Home    **Location:** 100 N Independence Dr #41, Hampton VA 23669
**Phone Number Type:** Home

Arrest
**Arrest Date:** 11/26/2024    **Arrest Time:** 00:15    **Arrest Type:** On-View Arrest
**Multiple Arrestee Segments Indicator:** Not Applicable    **Arrest Location:** 100 37TH ST, VIRGINIA BEACH VA 23451

## Names (continued)

**Arrestee - Harris, Ryan Lebond** (continued)    **Author:** Heitsman, Allison

**Arresting Officer / Employee Number:** Siegel, Tyler (4050)

<u>Arrestee Details</u>
**Primary Offense For Arrest:** 90E - DRUNKENNESS
**Armed With:** Unarmed

<u>Arrest Charges</u>
**Charge:** 23-22 - PUBLIC INTOXICATION - MIS    **Severity:** Misdemeanor    **Offense Jurisdiction:** Virginia Beach

## Vehicles

None reported.

## Property

None reported.

## Narrative by Siegel, Tyler

On the incident date and time I responded to a call for service in the 200 block of 38th St. I arrived on scene in the 200 block of 37th St. and observed a male later identified as Ryan Harris walking with a female. A bus driver approached me and stated Harris and the female had a physical dispute in the street. I approached Harris, who had now walked to the 100 block, and he appeared intoxicated, unsteady on his feet with an odor of alcohol coming from his breath. Harris made several statements about being intoxicated and having two beers so he could not drive home.

Harris was arrested for public intoxication.

Case is CBA.

## Narrative by PAGANO, RYAN

I assisted Officer Siegel with this case.

Virginia Beach Police Dept.
**Incident 2024061146 - Evidence List**

| Name | Description | Type |
|------|-------------|------|