AO 442 (Rev. 08/14) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 13 2025

MITCHELL R. ELFERS
CLERK

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
|  | ) |
| Ryan L. Harris | ) |
| *Defendant* | ) |

Case No. 1084 1:21CR00303-001MV

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay (name of person to be arrested) Ryan L. Harris

Also Known As: Harris, Ryan L
Also Known As: Maoyer, Ryan
Also Known As: Maier, Ryan
Also Known As: Harris, Ryan Lebond
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Failing to refrain from the use of controlled substances (marijuana and cocaine) on November 18, 2024, and failing to report being questioned and arrested by Virginia Police Department on November 26, 2024

Date: December 9, 2024

*Issuing Officer's signature*

City and state:   Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on ( date ) 12/9/2024, and the person was arrested on ( date ) 2/12/2025
at ( city and state ) Albuquerque, NM.

Date: 2/13/2025

*Arresting officer's signature*

Derek Bumgarner DUSM
*Printed name and title*