UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 21-303-MV | USA vs. | Harris |
| Date: | April 16, 2025 | Name of Deft: | Ryan Harris |
| Before the Honorable | | Martha Vázquez | |

| | | | |
|---|---|---|---|
| Time In/Out: | 1:45 p.m. / 2:58 p.m. | Total Time in Court (for JS10): | 1 hour, 13 minutes |
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister |
| AUSA: | Letitia Simms | Defendant's Counsel: | Wayne Baker |
| VSR in: | Santa Fe, NM | Interpreter: | |
| Probation Officer: | Keary Fenstermacher | Sworn? Yes | No |

| | |
|---|---|
| | Defendant Sworn |
| | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
| | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Court dismisses violation(s):  Mandatory – You must refrain from any unlawful use of a controlled substance. |
| X | Defendant **ADMITS** violation(s):  Standard – If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |
| | Violation report waived |
| X | Proceed to sentencing |
| X | Supervision - **REINSTATED** |

| **SENTENCE IMPOSED** | Imprisonment (BOP):  8 months or upon a bed becoming available at a residential reentry center in either Albuquerque or Las Cruces |
|---|---|

| Supervised Release: | 29 months | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| X | Outpatient substance abuse treatment program (waive confidentiality) | X | Substance abuse testing (up to 60 tests per year) |
| X | No alcohol (up to 4 tests per day) | X | No psychoactive substances |
| X | No drug paraphernalia | X | Mental health treatment program (waive confidentiality) |
| X | Search of person, property | X | Residential reentry center or transitional living program up to 6 months, immediately upon release from custody |
| X | Vocational or educational training | | |
| | OTHER: | | |
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | , IF ELIGIBLE. | |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**VIOLATION OF SUPERVISION PROCEEDINGS**
**MINUTE SHEET**

| | |
|---|---|
| OTHER COMMENTS | Court addresses defendant and advises that Magistrate Judge found probable cause only on the Standard Condition violation.   Court reviews the alleged violation of the Standard Condition with the defendant.   Defendant addresses Court.   Defense counsel addresses Court.   Defendant admits violating the standard condition.   Court identifies documents she has reviewed in preparation for sentencing.   Probation Officer Keary Fenstermacher addresses Court.   Probation Officer Camilla Duarte addresses Court.   Defense counsel addresses court.   Defendant addresses Court.   Government counsel addresses court.   Probation Officer Fenstermacher addresses Court.   Defendant addresses Court.   Court addresses defendant and imposes sentence. |