# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

## Second Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Ryan Harris |
| Docket Number: | 1084 1:21CR00303-001MV |
| Assigned Judge: | Honorable Martha Vazquez, Senior United States District Judge |
| Date of Original Sentence: | 01/23/2024 |
| Original Offense: | 18 U.S.C. 922(g)(1): Felon in Possession of a Firearm and Ammunition |
| Original Sentence: | BOP: 57 months; TSR: 3 years |
| Date Supervision Recommenced: | 05/22/2025 |
| Date Supervision Expires: | 10/21/2027 |
| Other Court Action: | 12/06/2024: A Petition for Revocation of Supervised Release requesting a warrant was filed with the Court for violations alleging he failed to refrain from any unlawful use of a controlled substance and failed to report questioning and arrest by law enforcement. On April 16, 2025, the defendant pled guilty to failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer and was sentenced to serve 100 days custody, through Thursday, May 22, 2025, and 29 months supervised release. |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Keary Fenstermacher, alleges the defendant has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| SPC | You must reside in a residential reentry center, transitional living program or similar program for a term of 180 days. You are to commence upon release from confinement or upon the first available vacancy. You must follow the rules and regulations of the program.<br><br>On June 1, 2025, the defendant was terminated from Diersen Charities Residential Center in Las Cruces, New Mexico, after leaving without an approved pass and failing to return to the program. |
| SC | The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>On June 1, 2025, the defendant was directed to report to U.S. Probation at 333 Lomas Boulevard NW in Albuquerque, New Mexico, on June 2, 2025, at 8:30am. The defendant failed to report as instructed and failed to provide a legitimate reason for his absence. |

The maximum statutory penalty:  2 years imprisonment; 3 years supervised release.
The revocation range of imprisonment:  7 to 13 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 06/02/2025.

Submitted:                                                                ☒ Concurs

Keary Fenstermacher                                            Samuel Hurtado
Senior U.S. Probation Officer                              Assistant U.S. Attorney
Cell #: 505-870-2366                                            (505) 346-7274


Date: 06/02/2025