# Dismas Charities - Disciplinary Report

Date Start 05/31/2025 00:00:00 Date End 06/02/2025 00:00:00 Resident Stay Harris, Ryan - 05/22/2025

| Resident Name | Registration Number | Facility | Total DR's |
|---|---|---|---|
| Harris, Ryan | 27899-509 | Las Cruces | 3 |
| **Rule #** | **Date of Alleged Offense** | **Status** | **DR's with this Rule** |
| 78. Residents are prohibited from leaving the center without staff approval. If a resident leaves the facility without staff authorization and have failed to scan their finger biometrically they will be placed on abscond status. | 5/31/2025 | Supervised Release - CCC | 1 |

**Description and Comments**

On 6/1/2025, I, Resident Monitor Begaye, became aware that Resident Harris, Ryan #27899-509 had absconded from the facility. As I went to go and wake up Harris to serve him a DR that was written the day before, I discovered that he had covered up some sheets and pillows with a blanket. After checking the cameras, it was made apparent that Harris had absconded from the facility at 12:53 AM. His USPO was notified at 7:39 AM.

**Resident Comments**

**Resident Signature:** in absentia  **Date:**

**Reporting Staff Signature:** Moses Begaye  **Date:** 06/1/2025

**Presenting Staff Signature:** In Absentia  **Date:**

**Investigation**

**Resident Comments**

**Actions Taken:** unsuccessful termination from program.

**Resident Signature:** In Absentia  **Date:**  **Staff Signature:** M Patino  **Date:** 06/02/2025

# Dismas Charities - Disciplinary Report

Date Start 05/30/2025 00:00:00 Date End 05/31/2025 00:00:00 Resident Stay Harris, Ryan - 05/22/2025

| Resident Name | Registration Number | Facility | Total DR's |
|---|---|---|---|
| Harris, Ryan | 27899-509 | Las Cruces | 1 |
| **Rule #** | **Date of Alleged Offense** | **Status** | **DR's with this Rule** |
| 50. A violation that is considered against programming rules will lead to disciplinary action | 5/30/2025 | Supervised Release - CCC | 1 |

**Description and Comments**

On the above date at approximately 7:25 pm resident Harris, Ryan # 27899-509 signed out of the facility to go to Family Dollar, located on 745 N Valley Dr. Las Cruces, New Mexico 88005 phone number (575) 249-4402. At approximately, 7:47 pm resident Harris, Ryan # 27899-509 arrived at the facility from his hygiene pass at Family Dollar, upon his return, Resident Harris, Ryan # 27899-509 stated that Family Dollar employees would not allow him to use the phone to call the facility so he walked out without purchasing anything. Resident Harris, Ryan # 27899-509 arrived at the facility with no receipt to confirm that he had been at Family Dollar. Resident Harris, Ryan # 27899-509 was deemed unaccountable from 7:25 pm to 7:47 pm for a total of twenty-two minutes.

**Resident Comments**

I ask to call but y'all wouldn't let me use the phone so I came back, I got back here and told them to call but they wouldn't Family Dollar the rules book say call from Landline

| Resident Signature | Date 5-31-25 |
|---|---|
| Reporting Staff Signature | Date 5/30/25 |
| Presenting Staff Signature | Date 5/31/25 |

**Investigation**

**Resident Comments**

**Actions Taken**

none - Resident Harris absconded.

| Resident Signature | Date | Staff Signature Patino | Date 06/02/25 |

# Dismas Charities - Disciplinary Report

Date Start 05/31/2025 00:00:00 Date End 05/31/2025 00:00:00 Resident Stay -- All --

| Resident Name | Registration Number | Facility | Total DR's |
|---|---|---|---|
| Harris, Ryan | 27899-509 | Las Cruces | 2 |
| **Rule #** | **Date of Alleged Offense** | **Status** | **DR's with this Rule** |
| 17. Residents are to treat all staff and other residents with courtesy and respect. Use of profanity is prohibited. | 5/31/2025 | Supervised Release - CCC | 1 |

### Description and Comments

On the above date at approximately 7:16 pm, Resident Harris, Ryan # 27899-509 entered the CMO Lobby and asked Resident Monitor's Turgoose and Palma "where's the girl at?" When Resident Monitor Samaniego entered the CMO, Resident Harris, Ryan # 27899-509 began by saying he apologized, and then started calling Resident Monitor Samaniego "Shorty" and "Shawty", in the presence of Resident Monitor Turgoose and Resident Monitor Palma. Resident Monitor Samaniego told Resident Harris, Ryan # 27899-509 to not call her by any nicknames, and not to speak to staff in this manner. Resident Harris was told that this behavior was disrespectful. Resident Harris, Ryan # 27899-509 replied that he had not been disrespectful, but that Resident Monitor Samaniego was disrespectful. Resident Monitor Samaniego informed Resident Harris, Ryan # 27899-509 that she no longer wanted to speak to him and asked him to step out of the CMO Lobby. At this point, Resident Harris, Ryan # 27899-509 continued speaking in a disrespectful manner, and calling Resident Monitor Samaniego "Shorty" and "Shawty" and Resident Monitor Turgoose interrupted, directing Resident Harris, Ryan # 27899-509 out of the CMO Lobby.

### Resident Comments

### Resident Signature: *inabsentia*
### Date:

### Reporting Staff Signature: Samaniego
### Date: 5/31/25

### Presenting Staff Signature: [signature]
### Date: 6/1/25

### Investigation

### Resident Comments

### Actions Taken
none - Resident Harris absconded.

| Resident Signature | Date | Staff Signature | Date |
|---|---|---|---|
| | | Palma | 06/02/25 |