IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cr. No. 21-CR-00303 |
| | ) |
| **RYAN HARRIS,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF ATTORNEY APPEARANCE
AND SUBSTITUTION OF COUNSEL**

The UNITED STATES OF AMERICA respectfully submits this notice that Assistant United States Attorney KIMBERLY N. BELL hereby enters her appearance as Government counsel in this cause, replacing Assistant United States Attorney LETITIA C. SIMMS.

The United States requests that KIMBERLY N. BELL receive copies of all notices, pleadings, and correspondence in this case.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*/s/ Kimberly N. Bell*
KIMBERLY N. BELL
Assistant U.S. Attorney
201 3rd Street Suite 900
Albuquerque, New Mexico 87102
(505) 346-7274

I HEREBY CERTIFY that the foregoing pleading
was electronically filed, which caused counsel
of record to be served by electronic means.

/s/
KIMBERLY N. BELL