# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO

2025 JUN -2 PM 4:09

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1084 1:21CR00303-001MV |
| Ryan L. Harris | ) | |
| *Defendant* | ) | |

**FILED**
UNITED STATES DISTRICT C
ALBUQUERQUE, NEW MEX

AUG 1 9 2025

MITCHELL R. ELFERS
CLERK

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Ryan L. Harris

Also Known As: Harris, Ryan L
Also Known As: Maoyer, Ryan
Also Known As: Maier, Ryan
Also Known As: Harris, Ryan Lebond

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Failing to reside at a residential reentry center for a term of 6 months, and failing to report as instructed on June 2, 2025.

Date: 6/2/2025

*Fernando Solano*
*Issuing Officer's signature*

City and state: Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on ( date ) 6/2/2025, and the person was arrested on ( date ) 8/19/2025
at ( city and state ) Albuquerque, NM.

Date: 8/19/2025

*Arresting officer's signature*

Mark Strange, USM
*Printed name and title*