# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Initial Appearance (Revocation - Amended Petition)

| | | | |
|---|---|---|---|
| Case Number: | CR 21-303 MV | UNITED STATES vs. HARRIS | |
| Hearing Date: | Friday, October 3, 2025 | Time In and Out: | 10:55-11:05 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Ryan Harris | Defendant's Counsel: | Wayne Baker |
| AUSA: | Kimberly Bell | Pretrial/Probation: | Ben Aragon |
| Interpreter: | | Witness: | |

### Initial Appearance
- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant currently has Court appointed counsel
- ☒ Government moves to detain    ☐ Government does not recommend detention
- ☒ Set for Preliminary Revocation Hearing    on Tuesday, October 7, 2025    @ 9:30

### Preliminary/Show Cause/Identity
- ☐ Defendant
- ☒ Defense counsel would like to go forward with preliminary revocation hearing; Government requests continuance of preliminary revocation hearing; Defense counsel responds
- ☐ Court finds    ☐ Court does not find probable cause

### Detention
- ☐ Defendant waives right to contest detention
- ☐

### Custody Status
- ☒ Defendant detained pending hearing
- ☐ Conditions

### Other
- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☐ Matter referred to _____ for Final Revocation Hearing
- ☐