# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar, United States Magistrate Judge

Preliminary Revocation Hearing

| | | | |
|---|---|---|---|
| Case Number: | 21-CR-303 MV | UNITED STATES vs. Harris | |
| Hearing Date: | Tuesday, October 7, 2025 | Time In and Out: | 10:05 a.m./11:17 a.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Ryan Harris | Defendant's Counsel: | Wayne Baker |
| AUSA: | Sammy Hurtado | Pretrial/Probation: | Keary Fenstermacher |
| Interpreter: | N/A | Witness: | United States Probation Officer Keary Fenstermacher & Albuquerque Police Officer Abraham Munoz Flores |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain  ☐ Government does not recommend detention
- ☐ Set for ____ on ____ @ ____

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☒ Government calls United States Probation Officer Keary Fenstermacher, sworn, direct; cross; no redirect; witness excused; government calls Albuquerque Police Officer Abraham Munoz Flores; sworn, direct; cross; no redirect; witness excused; AUSA argues in favor of probable cause; Defense argues that probable cause does not exist; AUSA responds; court findings;
- ☒ Court finds probable cause as to harassment and false title or registration   ☒ Court does not find probable cause as to forged or fictitious license

## Detention

- ☐ Defendant waives right to contest detention
- ☐

## Custody Status

- ☒ Defendant previously detained
- ☐ Conditions

## Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☒ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☒ Matter referred to District Judge for Final Revocation Hearing
- ☐