IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                       No. 21-cr-303-MV

RYAN HARRIS,

        Defendant.

## UNOPPOSED MOTION FOR AN ORDER RELEASING DEFENDANT RYAN HARRIS FROM THE CUSTODY OF CIBOLA COUNTY CORRECTIONAL CENTER TO THE THIRD-PARY CUSTODY OF ANCHOR BEHAVIORAL HEALTH

Defendant Ryan Harris, by his court-assigned counsel of record, Wayne Baker, hereby respectfully moves this Court for an Order releasing him from the custody of the Cibola County Correctional Center (hereinafter "CCCC") and the U.S. Marshal's Service to the third-party custody of Anchor Behavioral Health (hereinafter "Anchor") an in-patient residential treatment program addressing substance use disorder and mental health issues. Mr. Harris will have added conditions and continued oversight by the United States Probation Office, and as reasons in support of this motion, submits the following:

      1.     On August 19, 2025, Ryan Harris was arrested on a violation of supervised release, and on August 21, 2025 Magistrate Judge Yarbrough entered an Order of Detention Pending Revocation Hearing. (Doc. 113)  The Defendant has since been detained at CCCC.

      2.     On September 30, 2025, an Amended Petition was filed based on New Mexico state charges. (Doc. 115)  On October 7, 2025, Magistrate Judge Robbenhaar held a preliminary hearing, dismissing 1 charge while finding probable cause for the other 2 charges.  Harris's custody status was not changed.

      3.     Unbeknownst to the state court presiding over the state charges, Mr. Harris was in federal custody when his court date occurred and a bench warrant issued.  Although the undersigned wrote to the state judge's chambers on September 2, 2025, with documents annexed proving Harris was in federal custody, and requesting the bench warrant be vacated, no response or action resulted.

      4.     After writing to the Court himself, Mr. Harris was able to obtain a video

conference for his case on November 26, 2027.[1] At that conference, the Court dismissed the case entirely and issued an Order essentially acknowledging the outstanding bench warrant was improperly issued. (Ex. 1)

5. Anchor had processed and accepted Mr. Harris's application on October 21, 2025, however, the outstanding bench warrant precluded going forward.

6. Anchor has provided an updated acceptance letter, indicating bed availability as of 12/03/2025 through 12/05/2025. (Ex. 2)  The program requires the participant to remain at the facility for the first 30 days to 6 weeks, after which the participant will be allowed to obtain employment.

7. USPO Keary Fenstermacher, who is supervising Mr. Harris concurs with this request.  On behalf of AUSA Kimberly Bell, her supervisor, AUSA Samuel Hurtado, does not oppose this motion.

8. Probation has requested location monitoring with GPS, with no objection by Mr. Harris.  Mr. Harris will have to execute documents with Probation prior to admittance to Anchor.

Wherefore, for the foregoing reasons, Mr. Harris respectfully requests this Court issue an Order: (a) authorizing his release from Cibola County Correctional Center; (b) directing the US Marshal's to transport Mr. Harris to the Courthouse on Wednesday morning, December 03, 2025; and (c) placing Mr. Harris in the third-party custody of Anchor, with continued supervision by U.S. Probation and GPS location monitoring.

Respectfully submitted:

*Wayne Baker*

Wayne Baker, Esq.
14112 Piedras Road, NE
Albuquerque, NM 87123-2323
(505) 652-4222
Attorney for Defendant Ryan Harris

I HEREBY CERTIFY that I
electronically filed the foregoing with
the Clerk of the Court on November 28,
2025, using the CM/ECF system.

*Wayne Baker*

Wayne Baker, Esq.

---

[1] Although the Defendant had assigned state counsel, Mr. Harris was unable to get in touch with him.

# EXHIBIT ONE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
METROPOLITAN COURT

FILED IN THIS COURT
Wednesday, November 26, 2025
10:15 AM
By Clerk, Metropolitan Court

STATE OF NEW MEXICO
v.
RYAN L HARRIS, Defendant
DOB: 06/10/1988

No. T-4-FR-2025-006776

## ORDER ON BENCH WARRANT

**THIS MATTER having come before the Court:**

☐ The Defendant having been **arrested** on a Bench Warrant for **failure to appear**;
☐ The Defendant having been **arrested** on a Bench Warrant for **failure to comply**;
☐ The Defendant having **surrendered** himself/herself to the Court;
☐ The Defendant having been brought to Court on a **Juvenile Bench Warrant**;
☐ The Defendant having appeared before the Court after **posting a Bond** as set forth in the Bench Warrant;
☒ The Court having determined that there were compelling circumstances for the Defendant's failure to abide by the Court's previous order.
☐ Upon Motion:
☒ Other: Defendant in custody out of County when warrants issued;

**IT IS THEREFORE ORDERED:**

☐ The Bench Warrant is **served** or the defendant has **surrendered**;
☒ The Bench Warrant is **quashed as it was issued in error**;
☐ The Bench Warrant is **cancelled**;

**IT IS FURTHER ORDERED:**
*[For Bench Warrants issued prior to July 1, 2024, where the Administrative Bench Warrant Fee was assessed.]* The **Administrative Bench Warrant Fee** previously assessed **is waived** as Section 34-8A-12 NMSA 1978 has been repealed, effective July 1, 2024.

☒ **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the above-named Defendant is released from custody on this case, only.

**IT IS FURTHER ORDERED:**

☐ The Defendant is given an extension of time until         (*date*) to pay fines, fees, or costs owed.
☐ The Defendant is given an extension of time until         (*date*) to perform community service.
☐ The Defendant's school(s) is reinstated. Defendant must call or visit Customer Service within 5 business days to register for the school(s). Customer Service also can be reached by phone at (505)-841-8151.
☐ The Defendant shall report to Probation/Pre-Trial Supervision 8:00 AM on the morning following release from Custody.
☐ The Defendant shall call Probation/Pre-Trial Supervision at 505-841-8189 at 8:00 AM on the morning following release from custody.
☒ Remove hold **on this case only.**
☐ Release bond.

☐ Other:         .

*/s/ Claire McDaniel*
_____
Judge or Designee

CV-206 Order on Bench Warrant (Created 7/12; Rev. 2/25/14; 3/4/14; 3/14/14; 4/8/14; 5/13/14; 3/15fc; 7/20; 7/1/24; 10/24)

# EXHIBIT TWO



Nov 25, 2025

To Whom it May Concern,

This letter is confirmation that we have accepted Ryan Harris into Anchor Behavioral Health and have a bed available 12/03/2025-12/05/2025. This program is a treatment option designed for individuals who are dealing with substance use disorders (SUD) as well as mental health issues. This program allows individuals to live in our structured sober Living homes while attending therapy sessions, support groups, and other recovery-oriented activities. The focus is on addressing the underlying issues of addiction, developing coping skills, and fostering personal accountability.

For individuals who are reentering society after a period of incarceration, rehabilitation, or extended treatment, an outpatient drug program helps bridge the gap between intensive treatment/incarceration and independent living. This includes a structured approach to reintegrating into social, familial, and professional environments, with a focus on relapse prevention, self-sufficiency, and building a healthy, sustainable lifestyle.

If you have any questions, please reach out.

John Alvarado

Anchor Behavioral Health

505-390-2089

John@anchornm.com

[www.anchornm.com](www.anchornm.com)