IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      No. 21-cr-303-MV

RYAN HARRIS,

        Defendant.

## AMNEDED ORDER

THIS MATTER having come before the Court on Defendant's "Unopposed Motion for an Order Releasing Defendant Ryan Harris from Cibola County Correctional Center to the Third-Party Custody of Anchor Behavioral Health (Doc. 127) with continued oversight by United States Probation. The Court being otherwise fully advised in the premises finds the motion is well taken and hereby,

ORDERS that Ryan Harris is to report to the third-party custody of Anchor Behavioral Health by 1:00 p.m. on Wednesday, December 3, 2025, with continued oversight and conditions by the United States Probation Department;

It is FURTHER ORDERED that the United States District Court Clerk's Office shall forward a copy of this Order to the United States Marshal's Service, who are to provide the Order to Cibola County Correctional Center.

                                                                               _____
                                                                               United States Magistrate Judge

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court