FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 23 2026

MITCHELL R. ELFERS
CLERK

AO 442 (Rev. 10/08) Warrant for Arrest

2025 DEC 19 AM 10:02

# UNITED STATES DISTRICT COURT
District of New Mexico

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| v. | Duplicate Original |
| Ryan Harris | (Pursuant to Rule 41) |
|  | Case: 1084 1:21CR00303-001MV |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Ryan Harris and bring him or her forthwith to the nearest magistrate judge to answer a petition for

☒ Violation of Conditions of Release Pending Revocation Hearing      ☐ Probation Violation      ☐ Supervision Release Violation

charging him or her
Failing to remain in the third-party custody of Anchor Behavioral Health Program, failing to participate in the treatment program as required, failing to comply with the requirements of location monitoring, and failing to report to probation as instructed on December 18, 2025.

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for violation of the conditions of supervision as set by the Honorable Steven C. Yarbrough in violation of Order Setting Conditions of Release

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

| Honorable Jennifer M. Rozzoni | 12/18/2025 @ 7:26pm |
| Name of Issuing Judge | Date and Time: |
| Albuquerque | /s/ Keary Fenstermacher |
| Location | United States Probation/Pretrial Services Officer |

CERTIFIED a True Copy of the original filed in the office of the Clerk
by [signature] Deputy

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 12/18/2025 | Russell K. Hinson | [signature] |

Date Arrested: 1/23/2026