IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                     No. 21-CR-303-MV

RYAN HARRIS,

        Defendant.

## REVOCATION OF SUPERVISED RELEASE FINAL HEARING MEMORANDUM

The defendant Ryan Harris is scheduled to appear before Your Honor on Wednesday, February 24, 2026 for a Revocation of Supervised Release final hearing in the above referenced case. As alleged in the Amended Petition for Revocation of Supervised Release (Doc. 142), Mr. Harris is facing a special condition violation for leaving the Diersen Charities Residential Center in Las Cruces, New Mexico, and failing to return to the program. Mr. Harris is also charged with a standard condition violation, for failing to report to the probation officer as so directed. As for the two Amended specifications alleging you must not commit another federal, state, or local crime, they are not before the Court at this time as they are scheduled for a preliminary and detention hearing on Thursday, February 24, 2026, before Magistrate Judge Robbenhaar. Accordingly, these are grade C violations, and the revocation range of imprisonment is 7 to 13 months pursuant to USSG §7C1.5 The sentencing guidelines are advisory and a grade C violation is the lowest level of violative conduct. The Court has discretion in sentencing Mr. Harris.

For the reasons that follow, it is respectfully requested that the Court modify the conditions of supervision and release Mr. Harris from detention to attend the VIBE Treatment Center, to which he has been accepted. (Ex. 1) In addition, a letter of interest in the RIO Program from Mr. Harris has been provided to Supervising PO Camilla Duarte, who oversees it.

Procedural History:

On January 23, 2024, Mr. Harris was sentenced by this Court to 57 months imprisonment and 3 years of supervised release. (Doc. 75) As of the date of sentencing Mr. Harris had 1,124 days or 36 months and 29 days credit for time detained. (Doc. 72) He was released from the Bureau of Prisons upon the conclusion of his federal sentence on August 20, 2024 and was removed in custody to Texas for outstanding charges which were relevant conduct for this federal case. Mr. Harris entered a guilty plea to the Texas charges and on October 10, 2024 he received a sentence of 2 years, which by law was required to run concurrent to his federal sentence.

Current Violation:

On October 23, 2024, Mr. Harris commenced his term of supervised release, which included a requirement that he "reside in a residential reentry center for a term of (up to) 180 days. You must follow the rules and regulations of the center." (Doc. 72)  Although Mr. Harris had a job lined up in Albuquerque, he was unable to be placed at the Albuquerque Diersen RRC because of US Marshals separation orders with current residents.  The facts surrounding the departure from the Las Cruces RRC will be the subject of tomorrow's hearing.

<u>2025 Amendment to the US Sentencing Guidelines</u>:

After the formal process of suggested sentencing guideline amendments, comments and review, amendments were implemented effective November 1, 2025.  Violations of supervised release were separated from violations of probation and are contained in Part C – Violations of Supervised Release, USSG §7C1.1 et seq.

As explained in the Introductory Commentary: "Because supervised release is intended to promote rehabilitation and ease the defendant's transition back into the community, the Commission encourages courts—where possible—to consider a wide array of options to respond to non-compliant behavior and violations of the conditions of supervised release. These interim steps before revocation are intended to allow courts to address the defendant's failure to comply with court-imposed conditions and to better address the needs of the defendant while also maintaining public safety."

<u>Mr. Harris and Supervised Release</u>:

Mr. Harris understands supervised release to be as it is described above and in idealistic terms. An opportunity for a previously incarcerated individual, who has served his time, to reintegrate and transition back into society.  It is intended as a support mechanism to assist the individual to obtain employment and housing, while providing ancillary services, and not as additional constraints on his liberty.  Ryan has family in Albuquerque to provide support, to include his mother with whom he regularly communicates.  He has a job offer to work in construction.  He has sufficient funds to obtain an apartment.  He has medical insurance.  What he doesn't have is the opportunity to show that he can succeed and transition on his own.

Respectfully submitted:

*Wayne Baker*

Wayne Baker, Esq.
Attorney for Defendant Ryan Harris

I HEREBY CERTIFY that I
electronically filed the foregoing with the
Clerk of the Court on February 24, 2026,
using the CM/ECF system.

*Wayne Baker*

Wayne Baker, Esq

# EXHIBIT ONE

# Vibe Treatment Center – Program Summary

## Overview

Vibe Treatment Center is a therapeutic services provider in Albuquerque, New Mexico, dedicated to supporting individuals experiencing mental health challenges and substance use disorders. Our mission is grounded in compassion, clinical integrity, and community collaboration, with a strong focus on treating co-occurring disorders and supporting long-term recovery. The center was founded by Mr. Vincent Bett, CEO and Founder, a Certified Psychiatric Nurse Practitioner. Program development and clinical services are supported by Karthik Anandan, LSAA, CCSS, who serves as Program Manager, Intensive Outpatient Program (IOP) Therapist, and Individual Therapist. The leadership team shares a unified commitment to improving behavioral health outcomes across Albuquerque and Bernalillo County.

## Center Information

5101 Copper Ave NE
Albuquerque, NM 87108

Primary Contact:
Karthik Anandan, LSAA, CCSS
Program Manager
Cell: 505-979-8390

## Services Provided

1. Individual Therapy
2. Intensive Outpatient Program (IOP) — based on the IDDT model used for co-occurring disorders
3. Structured 16-week co-occurring disorders curriculum recognized by SAMHSA
4. Mental Health Counseling: Anxiety, Depression, PTSD, OCD, ADHD and related disorders
5. Medication-Assisted Treatment (MAT)

## Planned Services (In Development)

1. Supportive housing services
2. Work readiness programming
3. Aftercare and continuing care services

## Client Access & Service Delivery

Services are available both in person and through HIPAA-compliant telehealth platforms to ensure accessibility and continuity of care. Transportation assistance can be arranged when necessary to support consistent attendance. All services are delivered through a flexible, dignified, and

client-centered model of care.

## Insurance Contracts Accepted

Aetna • Oscar • Cigna • Blue Cross Blue Shield (BCBS) • Medicare • Medicaid • Medicare Railroad • Ambetter Health • Molina • Humana • Presbyterian • Wellcare by Allwell • TriCare (Veterans) • MultiPlan • True Health New Mexico

## Community Partnership Vision

Vibe Treatment Center seeks collaborative partnerships through MOUs with community organizations and shelters to expand access to recovery-oriented services and support individuals in rebuilding their lives through resilience, evidence-based care, and community connection.

To Whom It May Concern,

Date: 02/18/2026

This letter is written on behalf of Ryan Harris to formally confirm that he has been accepted into services at Vibe Treatment Center and that a residential bed is reserved for him upon his release from custody. We understand that Mr. Harris is scheduled to appear before the court on 02/25/2026, and we are prepared to immediately admit him into our program upon release.

Vibe Treatment Center provides a comprehensive, structured continuum of care designed to support long-term stability, recovery, and reintegration into the community. Upon admission, Mr. Harris will be actively engaged in the following services:

• Intensive Outpatient Program (IOP) utilizing an Integrated Dual Disorder Treatment (IDDT) model

• Individual therapy focused on mental health stabilization and substance use recovery

• Case management services to support housing, benefits coordination, medical care, and community reintegration

• Certified Peer Support Worker (CPSW) groups emphasizing accountability, recovery skills, and lived-experience mentorship

• In-house CA recovery meetings held every second Friday

• Additional recovery and wellness support groups available through our community partners, including NAMI, ACS, and other collaborative organizations

Our program is structured to provide consistent supervision, therapeutic engagement, and recovery-oriented peer support. We believe Mr. Harris will benefit from this level of care and that immediate placement in treatment will provide a stable environment that promotes rehabilitation and reduces the likelihood of recidivism.

Vibe Treatment Center is committed to working closely with the court and community partners to ensure a successful transition from custody into treatment. We fully support Mr. Harris' release into our program and are prepared to coordinate intake without delay.

If additional documentation or verification is required, please do not hesitate to contact our office.

Sincerely,

Vibe Treatment Center