# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar, United States Magistrate Judge

Preliminary Revocation/Detention Hearing (Amended Petition-Document 142)

| | | | |
|---|---|---|---|
| Case Number: | 21-CR-303 MV | UNITED STATES vs. Harris | |
| Hearing Date: | Thursday, February 26, 2026 | Time In and Out: | 10:24 a.m./10:25 a.m. 10:34 a.m./12:16 p.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Rio Grande |
| Defendant: | Ryan Harris | Defendant's Counsel: | Kimberly Bell |
| AUSA: | Wayne Baker | Pretrial/Probation: | Keary Fenstermacher |
| Interpreter: | N/A | Witness: | Luis Barraza Torresdey, APD; Keary Fenstermacher, USPO |

### Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain          ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

### Preliminary/Show Cause/Identity

- ☐ Defendant
- ☒ Government calls Albuquerque Police Officer Luis Barraza Torresdey, sworn, direct; Defense - cross-examination; AUSA-redirect; witness excused; Government calls Senior United States Probation Officer Keary Fenstermacher, sworn, direct; witness excused; Government-proffers for probable cause; Defense-proffers against probable cause;
- ☒ Court finds probable cause          ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives right to contest detention
- ☒ Government moves to detain; Defense-proffers; AUSA-proffers; USPO Fenstermacher addresses the Court, recommends detention; Defense-responds; Court-findings

### Custody Status

- ☒ Defendant to remain in custody
- ☐ Conditions

### Other

- ☐ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.
- ☒ Matter referred to District Judge for Final Revocation Hearing
- ☐