IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                             No. 21-CR-303-MV

RYAN HARRIS,

Defendant.

REVOCATION OF SUPERVISED RELEASE FINAL HEARING MEMORANDUM

The defendant Ryan Harris is scheduled to appear before Your Honor on Thursday, March 19, 2026 for a Revocation of Supervised Release final hearing in the above referenced case.  As alleged in the Amended Petition for Revocation of Supervised Release (Doc. 142) and the Amended Violation Report (Doc. 143) Mr. Harris is facing a mandatory condition violation requiring "you must not commit another federal, state, or local crime."  Based on the Court's ruling on the state felony charge, the alleged violations are either a grade B violation (§7C1.1(a)(2)), with a revocation range of imprisonment of 18 to 24 months (§7C1.5) or grade C violations (§7C1.1(a)(2)), with a revocation range of imprisonment of 7 to 13 months (§7C1.5).  The sentencing guidelines are advisory and the Court has discretion in sentencing Mr. Harris.

For the reasons that follow, it is respectfully requested that the Court modify the conditions of supervision and release Mr. Harris from detention to attend the New Mexico Wellness Program at Rio Rancho, New Mexico, to which he has been accepted.  (Ex. 1)

Procedural History:

On February 25, 2026, Mr. Harris was sentenced by this Court to 141 days or time served, with 25 months of supervised release. (Doc. 153)  In addition the Court approved Mr. Harris's admission to the VIBE program, pending Magistrate Judge Robbenhaar's independent determination and concurrence at the preliminary and detention hearings on February 26, 2026, which addressed the allegation presently before the Court.  For reasons discussed further *infra,* Judge Robbenhaar ordered detention pending this final revocation hearing.

Current Violation:

The evidence will show that on Monday morning, January 19, 2026, Mr. Harris asked an acquaintance to drive him to pick up the key to a vehicle, a 2020 Ford Sprinter van, Mr. Harris rented a couple of days prior.  While en route they spotted what they believed to be that vehicle.  They followed the vehicle as it pulled into a DK gas and convenience store location.  Mr. Harris exited the car he was riding in, a brown 2018 Chevrolet Malibu, and approached the van.  At which point the van reversed

and exited the location and the car followed. It is noted, there was no chase or attempts to intercept the van. Indeed, the van proceeded to the local precinct and the Chevy Malibu followed, where Mr. Harris exited the car and awaited the police to settle the issue. It is noted that during the above time period, Ryan called the person who had provided the rental and asked him to confirm if the license plate of the rental was 991-WW8, which was what Ryan saw on the van they were following. In reality that plate was 991-WWB. Although the rented vehicle and the followed vehicle were both white Ford Sprinter vans, and easily mistaken, they were not the same. Once the police were questioning Ryan, he fully explained what the circumstance was and why they were following the van. He provided Sergeant Culver (?) with his phone to speak with the rental vehicle's owner who was still on the line and he attempted to show him the text exchange that occurred. This is all documented in the body cam videos provided in discovery, which the parties have agreed and stipulated are admissible. As Mr. Harris previously explained, he takes screenshots of his correspondence and the entire text chain pertaining to his rental of the vehicle, along with the contract for the rental, are attached as Exhibit 2.

The evidence will show that the fourth-degree felony charge of aggravated assault cannot be sustained for numerous reasons, including that Mr. Harris did not have an intent to commit any felony, nonetheless a carjacking, and the concomitant misdemeanor charge of attempt to commit a felony must also fail.

2025 Amendment to the US Sentencing Guidelines:

After the formal process of suggested sentencing guideline amendments, comments and review, amendments were implemented effective November 1, 2025. Violations of supervised release were separated from violations of probation and are contained in Part C – Violations of Supervised Release, USSG §7C1.1 et seq.

As explained in the Introductory Commentary: "Because supervised release is intended to promote rehabilitation and ease the defendant's transition back into the community, the Commission encourages courts—where possible—to consider a wide array of options to respond to non-compliant behavior and violations of the conditions of supervised release. These interim steps before revocation are intended to allow courts to address the defendant's failure to comply with court-imposed conditions and to better address the needs of the defendant while also maintaining public safety."

The policy statement of Section 7C1.3 states:

"Responses to Violations of Supervised Release (Policy Statement)

(a) REPORT OF NON-COMPLIANCE.—Upon receiving a report that the defendant is in non-compliance with a condition of supervised release, the court should conduct an individualized assessment to determine what response, if any, is appropriate.

(b) FINDING OF A VIOLATION.—Upon a finding of a violation for which revocation is

required by statute (see 18 U.S.C. § 3583(g)), the court shall revoke supervised release. Upon a finding of any other violation, the court should conduct an individualized assessment, taking into consideration the grade of the violation, to determine whether to revoke supervised release. Revocation is generally appropriate for a Grade A violation, often appropriate for a Grade B violation, and may be appropriate for a Grade C violation." Here revocation is not required by statute.

Application Note 2 to 7C1.3 provides:

"Responses.—Upon a report of non-compliance or a finding of a violation, the court may take any appropriate action provided under 18 U.S.C. § 3583, which includes extension, modification, revocation, or termination of supervised release. If revocation is not statutorily required, the court may also consider an informal response, such as issuing a warning while maintaining supervised release without modification, continuing the violation hearing to provide the defendant time to come into compliance, or directing the defendant to additional resources needed to come into compliance."

New Mexico Wellness:

Mr. Harris applied to New Mexico Wellness (hereinafter "NMW") and other programs in an attempt to obtain the counseling he needs and the treatment Your Honor supports. Unlike VIBE, NMW is a more formally structured environment with a longer horizon of treatment. Judge Robbenhaar's decision to detain Mr. Harris was made in part due to the nature of the VIBE program. He stated: "I'm sure we all agree that Mr. Harris would benefit from additional treatment and help, and perhaps the Vibe program is appropriate at some point, but I agree with counsel for the Government and with the probation officer, but at this time that the Vibe program is not suitable, it does not provide the requisite oversight." (Transcript pg. 72) Subsequent to that court hearing, AUSA Bell, PO Fentermacher and I agreed that a more formal program would be appropriate and discussed NMW as a possible solution.

Respectfully submitted:

*Wayne Baker*

Wayne Baker, Esq.
Attorney for Defendant Ryan Harris

I HEREBY CERTIFY that I
electronically filed the foregoing with the
Clerk of the Court on March 18, 2026,
2026, using the CM/ECF system.

*Wayne Baker*

Wayne Baker, Esq

# EXHIBIT

# ONE

## FAX COVER SHEET

| | |
|---|---|
| TO | Wayne Baker |
| COMPANY | |
| FAX NUMBER | 18883080987 |
| FROM | New Mexico Wellness RR |
| DATE | 2026-03-18 10:22:06 MDT |
| RE | R Harris |

## COVER MESSAGE

Attached please find the acceptance letter for Ryan Harris to admit to New Mexico Wellness on Monday March 23 before 2:00pm.



# NEW MEXICO *Wellness*
## RESIDENTIAL ALCOHOL & DRUG TREATMENT CENTER

March 17, 2026

Cibola County Correctional Facility
**Attn: Vanessa Davis**
Milan, NM 87021

**RE: Ryan L Harris DOB 6/10/1988**

To whom it may concern:

This is an acceptance letter for Mr. Harris. Please note, he has met the criteria for Residential Treatment

Services (AARTC) and is scheduled for admission on Monday March 23, 2026, before 2:00pm. Mr. Harris has

been accepted to New Mexico Wellness (**Rio Rancho location**) located at 4210 Meadowlark Ln S.E. Rio

Rancho, NM 87124. New Mexico Wellness offers up to **180-days of Residential Treatment Services**,

however the length of stay is determined by the clinician, who will assess for clinical need according to the

American Society of Addiction Medicine - ASAM (4th Edition) level of care criteria and the client (their

willingness to engage in treatment, participation, and medication compliance, if needed,).  Please note, we

are not a correctional facility; however, we do work closely with probation and parole if an ROI is completed

by the client or if an ROI is sent to NMW.

Respectfully,

Melonie Jacobs-Director of Public Relations
505-362-0758 (Cell)
Melonie@newmexicowellness.com

*New Mexico Wellness — 1333 Paseo Del Pueblo Sur — Taos, NM 87571*
*575-224-6320 ph. — 575-224-3053 fax — www.newmexicowellness.com*

# EXHIBIT

# TWO



**11:48**

< 34    J

Jroc >

Text Message
Sat, Jan 17 at 7:55 AM

A this roc homie that was tryna get the rental

I got the 500 for the week

Ight . Taking my kid to this football game I'll hit u after pimp

Yeppper

He gotta football game .. I'll hit u after

Yo so you need the rental today ? For a week? And do

you need a car or is the sprinter van ok?



Ight car will half to be next week that cool? Monday I'll get





**12:10**

Jroc >

Car

And yes

Ight car will half to be next week that cool? Monday I'll get that car back

Just the sprinter available right now

I got you tho once it comes back in

How much for van

A work van or a van van

It's a sprinter van work van 60 a day usually more on Friday

Saturdays but I'll do you a solid 60 a day since ur doing a week .

So 420 for the rental +250 deposit u will get back once cars returned so total is 670.. if cash no tax





**12:12**

34

J

Jroc ›

> J said you have 700 so should be straight if you cool with the sprinter van
> Let me know I'll get it ready for you and drop it to you .

Bro I just want it to the car but I'll take the van to you get the car back I only tryna paid 500

Or what the car rate is

> 50 a day

Yes

> Ight I'll let u know ..

So no on van for the 50 to the

So no on van for the 50 to the car come in

I have a couple people asking to rent right now gotta get that rented out too you or them . Then the other ones as they come in .





Jroc >

I'm ready now

Car for you will be back Monday unless they request to book longer

Cool

But I need wheels now bro

For work and to get my son to and from school

I get my deposit back right

You wanna switch the cars out . If your coo wit the van for the week it's cool but gotta have one rental per contract



12:15

‹ 34    J

Jroc ›

I'll send it now

670 .. 250 u get back upon return of the whip

The sprinter

Show me a picture it





It got back seats

Two seater has empty back

Cool bro we're I send the $$$









I'll get the it cleaned up and dropped off after the football game around noonish 1 o clock .. the equinox is the SUV I was tryin to get u in but is rented right now ..





**12:18**

34

J

Jroc >

U can get it after if u are still needing a vehicle

Time fame

You can send zelle to this number . I'll have it all paper trail for us .   And I'll hit u after the game it's ends about 1 . I'll hit u and clean the van up and take it to you .   Then you just have it back a week from today same time I drop it

Let me kno

Got you

If you can set up zelle real



quick .so we can do this quick once on my way .  I accept zelle or cash .. if cash no tax

You don't have cash app or PayPal

No sir sorry



**12:19**

**34**    **J**

Jroc >

No sir sorry ..

Zelle the best one others charge or take from what is sent

Don't have

Cash app don't

Yessir cash app do that Everytime .. you cnt add zelle?

It's easier

No Zelle

Or grab the cash

I got cash app

No cash app

Cash or zelle my dude .   I'll hit u when leaving

Cool sorry for waiting time



12:20

‹ 34

J

Jroc ›

> Cool sorry for waiting time

> So yo wife don't got cash app

> You don't kno nobody with cash app

You gonna half to add the extra that cash app charge for the transaction

It's like 10 dollars on 670 or something close you might wanna check

> It don't I send cash app all day my man

Everytime me and my girl do





**12:22**    97

< 34    J

Jroc >

Send me cash app

Type it out

Send it I'll show u what it charges extra

That's what she sent me

Type it on

▮▮▮▮▮▮

There she sent it

Bet when you ready we goin make it happen

I'll take a picture once received



Coo

Sat, Jan 17 at 1:03 PM

Yoo

So we doin this



**12:35**



J

Jroc ›

Ight .. on the way shortly

Cool

I'm home

On way

NE right ?

Days inn

You close

Sun, Jan 18 at 5:07 PM

Yo yo what's good u call ?

Everything good?



Yo I drop the key

I'm lookin for it now

Lost it ?? Damn bro bro gotta find that  my g..  if anything we will half to have another made



**12:25**



34

J

Jroc ›

Bet

But it is costly

I think the bitch being funny

180-250 ..  yea females got jokes ..  just retract ur steps g see if you ain't slippn cuz I do that all the time !! Nd think it's someone else 😂if it seem she playin usually she is tho !!. 💪🏽

Yo also I'll have the equinox for you to use Monday to  switch you out also .  So I'll talk to then . It's gonna be the one you seen the silver one

because  my other one didn't come back yet ..  🙏🏾🙏🏾🙏🏾

Bet

Mon, Jan 19 at 9:34 AM

What's good ?? U found the keys right?





What's good ?? U found the keys right?

A nigga get it bet to go get it on

Car parked at same spot you brought it

Ok got you . I'll let you know when I'm switching it my bro

Yo we may have to buy a new key

??? Fuc !! Please cuzo find that I have that car rented out today . Need that key g . 250 charge for another because it



needs to be programmed pimp . Gonna need that 250 before  I bring the the other whip pimp because ur deposit will go towards that now .   Be better if u find it or charge ol girl for it.

I need to set it up now if it is



**12:28**

Jroc >

I need to set it up now if it is lost .. let me know

Yea and you said we was gon spit it

I got it

Split it. ?? I didn't loose the keys my g .  .. send the 250 through the cash app ..  I'll call my guy .  I'm working right now pimp

Nigga I'm following

A somebody in it my following in now



Ight send that I'll get it set up if u can't find the keys

Wait what ?

No someone in the car



**12:30**

**34**

J

Jroc >

Split it. ?? I didn't loose the keys my g .   .. send the 250 through the cash app ..  I'll call my guy .  I'm working right now pimp

Nigga I'm following

A somebody in it my following in now

Ight send that I'll get it set up if u can't find the keys

Wait what ?

No someone in the car

Im following all him now

Im following all him now

Huh ?? What u mean get them out of the car

991ww8

The plate #

   Text Message

      



2020 Ford Sprinter Rented to _____ for one week. Picked up Saturday (230 pm) to drop next Saturday

tracker # 4 is attaded to vehicle and title.

I abide by all terms and conditions of this contrack.

to advise if I need loneger 24 hours. notice.

Add a Caption

Saturday • Jan 17, 2026 • 2:23 PM          Adjust

IMG_0604

Apple iPhone XR                    HEIF

