UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## EVIDENTIARY VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| CR No. | 21-303-MV | | USA vs. | Harris |
|---|---|---|---|---|
| Date: | March 19, 2026 | | Name of Deft: | Ryan Harris |
| Before the Honorable | | Martha Vázquez | | |

| Time In/Out: | 9:35 a.m. / 10:10 a.m.<br>10:20 a.m. / 1:14 p.m. | Total Time in Court (for JS10): | 3 hours, 29 minutes |
|---|---|---|---|
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister |
| AUSA: | Kimberly Bell | Defendant's Counsel: | Wayne Baker |
| VSR in: | Santa Fe, NM | Interpreter: | |
| Probation Officer: | Keary Fenstermacher | Sworn? | Yes | No |

|  | Defendant Sworn |
|---|---|
|  | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
|  | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **DENIES and is FOUND GUILTY** of violation(s):   Mandatory – You must not commit another federal, state, or local crime (January 19, 2026, APD arrest, only as to Concealing Identity). |
|  | Violation report waived |
| X | Proceed to sentencing |
| X | Supervision - **REINSTATED** |

| **SENTENCE IMPOSED** | Imprisonment (BOP):   Time served through March 23, 2026, to be released as early as possible on Monday, March 23, 2026, at the ABQ Courthouse to US Probation, for transportation to the New Mexico Wellness inpatient substance abuse treatment program. |
|---|---|

| Supervised Release: | 18 months | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| X | Inpatient substance abuse treatment program at New Mexico Wellness (waive confidentiality) | X | Substance abuse testing (up to 60 tests per year) |
|---|---|---|---|
| X | No alcohol (up to 4 testes per day) | X | No psychoactive substances |
| X | No drug paraphernalia | X | Mental health treatment program (waive confidentiality) |
| X | Search of person, property | X | Outpatient substance abuse treatment program (waive confidentiality) |
|  |  |  |  |
|  |  |  |  |
|  | OTHER: |  |  |
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## EVIDENTIARY VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| Recommended place(s) of incarceration: | , IF ELIGIBLE. |
|---|---|

| OTHER COMMENTS | Court addresses parties and advises that the hearing today is only as pertains to document 142, the amendment to the petition from February 18, 2026.   Parties clarify that the only allegation still pending relates to the January 19th incident with APD, and that the Magistrate found no probable cause as relates to the January 8th incident.   Defendant denies the alleged violation.<br><br>Government calls APD Officer Luis Barraza-Torresdey, witness sworn, direct examination by AUSA Kimberly Bell.   Court takes short recess.   Cross examination by defense counsel Wayne Baker.   Redirect examination by AUSA Bell.   Recross examination by Mr. Baker.   Court questions witness.<br><br>Government calls US Probation Officer Keary Fenstermacher, witness sworn, direct examination by AUSA Bell.   No cross examination.<br><br>Mr. Baker addresses Court.   AUSA Bell responds.   Mr. Baker responds.<br><br>Court finds that there has been sufficient evidence presented that the defendant attempted to conceal his identity by giving a false name and presenting an Arizona driver's license with different name but his picture and find that the defendant violated the mandatory condition by a preponderance of the evidence.<br><br>Court addresses defendant.   Defendant addresses Court.   PO Fenstermacher addresses Court.   AUSA Bell addresses Court.   Mr. Baker addresses Court.   Defendant addresses Court.   Court addresses defendant and imposes sentence. |
|---|---|