# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW MEXICO

### Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Ryan Harris |
| Docket Number: | 1084 1:21CR00303-001MV |
| Assigned Judge: | Honorable Martha Vazquez, Senior United States District Judge |
| Date of Original Sentence: | 01/23/2024 |
| Original Offense: | 18 U.S.C. 922(g)(1): Felon in Possession of a Firearm and Ammunition |
| Original Sentence: | BOP: 57 months; TSR: 3 years |
| Date Supervision Recommenced: | 03/23/2026 |
| Date Supervision Expires: | 09/22/2027 |
| Other Court Action: | 12/06/2024: A Petition for Revocation of Supervised Release requesting a warrant was filed with the Court for violations alleging he failed to refrain from any unlawful use of a controlled substance and failed to report questioning and arrest by law enforcement. On April 16, 2025, the defendant pled guilty to failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer and was sentenced to serve 100 days custody, through Thursday, May 22, 2025, and 29 months supervised release. |

06/02/2025: A Petition for Revocation of Supervised Release requesting a warrant was filed with the Court for violations alleging he failed to reside in a residential reentry center, transitional living program or similar program for a term of 180 days and failed to report as instructed. On September 30, 2025, an Amended Petition for Revocation of Supervised Release was filed due to new charges in Bernalillo County Metropolitan Court of Harassment, Possession or Use of an Altered, Forged or Fictitious License, and False Evidence of Title or Registration. On February 15, 2025, a second Amended Petition for Revocation of Supervised Release was filed due to additional new charges of Criminal Damage, Attempt to Commit a Felony to wit: Aggravated Assault (With Intent to Commit Felony), Aggravated Assault, and Concealing Identity. On February 25, 2026, the Court found a Preponderance of Evidence on the violation of failing to report to the probation officer in a manner and frequency as directed by the court or probation officer. On March 19, 2026, the Court found a Preponderance of Evidence on the charge of Concealing Identity and sentenced the defendant to time served (167 days) through Monday, March 23, 2026, and 18 months supervised release.

## PETITIONING THE COURT

No warrant requested. Emergency warrant issued.

U.S. Probation Officer of the Court, Keary Fenstermacher, alleges the defendant has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
| --- | --- |
| SPC | The defendant shall successfully complete the inpatient substance abuse treatment program at New Mexico Wellness. |
| | On April 6, 2026, the defendant left New Mexico Wellness without notice or permission. As a result, he has been unsuccessfully discharged from the program. |

The maximum statutory penalty:  2 years imprisonment; 3 years supervised release.
The revocation range of imprisonment:  18 to 24 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 04/08/2026.

Submitted:                                              ☒ Concurs

_____          _____
Keary Fenstermacher                              Kimberly Bell
Senior U.S. Probation Officer                   Assistant U.S. Attorney
Cell #: 505-870-2366                              (505) 346-7274


Date: 04/08/2026