AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 3 0 2026

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

United States of America )
       v. )
_Ryan Harris_ )    Case No. 21-cr-303 MV
Defendant )
       )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 4/30/2026

_____
Defendant's signature

_____
Signature of defendant's attorney

Wayne Baker 142373
Printed name and bar number of defendant's attorney

14112 Piedmont NE
Address of defendant's attorney

federal.litigator@gmail.com
E-mail address of defendant's attorney

705-652-4222
Telephone number of defendant's attorney

888-308-0987
FAX number of defendant's attorney