(Rev. 10/2021)  Waiver of Right to Contest Detention

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

APR 3 0 2026

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA

vs.

## WAIVER OF RIGHT TO CONTEST DETENTION
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

CASE NUMBER: 21 CR 303 MV

I, _Ryan Harris_, charged in: (an indictment, complaint, petition)

with _Violation of Conditions of Supervised Release_

Title _18_, U.S.C. _3513 et seg_, and

having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and

18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest

detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention

hearing at any time before trial if information exists that is not known to me today and that has a material bearing

on whether there are conditions of release that will reasonably assure my appearance as required and the safety

of any other person and the community.

_____
Defendant

_4/30/2021_
Date

_____
Counsel for Defendant