**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa, United States Magistrate Judge

Initial Appearance/Preliminary Revocation/Detention Hearing

| Case Number: | 21-CR-303 MV | UNITED STATES vs. HARRIS | |
|---|---|---|---|
| Hearing Date: | Thursday, April 30, 2026 | Time In and Out: | 1:38 pm – 1:48 pm |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Ryan Harris | Defendant's Counsel: | Wayne Baker |
| AUSA: | Kimberly Bell | Pretrial/Probation: | K. Coppin |
| Interpreter: | | Witness: | |

**Initial Appearance**

| | |
|---|---|
| ☒ | Defendant received a copy of charging document |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights |
| ☒ | Defendant would like Court appointed counsel |

| | | | |
|---|---|---|---|
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
| ☐ | Set for | on | @ |

**Preliminary/Show Cause/Identity**

| | | | |
|---|---|---|---|
| ☒ | Defendant waives Preliminary Revocation Hearing | | |
| ☒ | Court finds defendant violated conditions of supervised release | ☐ | Court does not find probable cause |

**Detention**

| | |
|---|---|
| ☒ | Defendant waives right to contest detention |
| ☐ | |

**Custody Status**

| | | |
|---|---|---|
| ☒ | Defendant remanded to the custody of United States Marshal's Service | |
| ☐ | Conditions | |

**Other**

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☒ | Matter referred to District Judge for Final Revocation Hearing |
| ☒ | Interlineation to amend the penalties; Baker-requests deft's phones; Court-; USA-proffers; Court-responds |