FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 30 2026

MITCHELL R. ELFERS
CLERK

AO 442 (Rev. 00/08) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Ryan Harris | WARRANT FOR ARREST<br>Duplicate Original<br>(Pursuant to Rule 41)<br>Case: 1084 1:21CR00303- 001MV |

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Ryan Harris and bring him or her forthwith to the nearest magistrate judge to answer a petition for

☐ Violation of Conditions of    ☐ Probation Violation    ☒ Supervision Release Violation
Pretrial Release

charging him or her
Failing to successfully complete the inpatient substance abuse treatment program at New Mexico Wellness and failed to reside at a place approved by the probation officer.

WARRANT issued for the defendant's arrest to show cause why the supervision should not be revoked for violation of the conditions of supervision as set by the Honorable Martha Vazquez in violation of 18 U.S.C Sec. 3583 (e).

I certify that the issuing judge has directed this officer to sign the judge's name on the duplicate original warrant pursuant to Rule 41(e)(3)(D) of the Federal Rules of Criminal Procedure.

| | |
|---|---|
| Honorable Martha Vazquez | 4/7/2026 @ 4:36pm |
| Name of Issuing Judge | Date and Time: |
| | |
| Albuquerque | /s/ Keary Fenstermacher |
| Location | United States Probation/Pretrial Services Officer |

CERTIFIED a True Copy of the original filed in the office of the Clerk
Deputy

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/7/2026 | M. Sebren /DUSM | |