J

UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## VIOLATION OF SUPERVISION PROCEEDINGS
### MINUTE SHEET

| CR No. | 21-303-MV | | USA vs. | Harris |
|---|---|---|---|---|
| Date: | June 17, 2026 | | Name of Deft: | Ryan Harris |
| Before the Honorable | | | Martha Vázquez | |

| Time In/Out: | 9:32 a.m. / 10:42 a.m. | | Total Time in Court (for JS10): | 1 hour, 10 minutes |
|---|---|---|---|---|
| Clerk: | Linda Romero | | Court Reporter: | Carmela McAlister |
| AUSA: | Kimberly Bell | | Defendant's Counsel: | Wayne Baker |
| VSR in: | Santa Fe, NM | | Interpreter: | |
| Probation Officer: | Keary Fenstermacher | | Sworn? | Yes | No |

| | |
|---|---|
| | Defendant Sworn |
| | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
| | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **ADMITS** violation(s):   Special – The defendant shall successfully complete the inpatient substance abuse treatment program at New Mexico Wellness. |
| | Violation report waived |
| X | Proceed to sentencing |
| X | Supervision - **REVOKED** |

| **SENTENCE IMPOSED** | Imprisonment (BOP):   13 months |
|---|---|

| Supervised Release: | None | | Probation: | | | 500-Hour Drug Program |
|---|---|---|---|---|---|---|

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | OTHER: | | |
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | , IF ELIGIBLE. | |

| OTHER COMMENTS | Court addresses defendant and reviews the violations alleged in the Amended Petition.   Defendant admits the violation.   Court identifies the documents she has reviewed in preparation for the revocation hearing.   Defense counsel addresses Court.   Defendant addresses Court.   Government counsel addresses Court.   Probation Officer Keary Fenstermacher addresses Court.   Court addresses defendant and imposes sentence. |
|---|---|